# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON K. COLEMAN,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>P.L. VASQUEZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-3130-DDP (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 6-5-08

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE